WRIGHT v. WRIGHT

No. 294PC

No. 145 (Fall Term)

Case below: 47 N.C. App. 367

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 October 1980.